**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EARL HAMPTON, | ) NO. CV 11-5527-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TIM VIRGA (WARDEN),` | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: July 28, 2011

_RONALD S.W. LEW_
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE